IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

HOWARD LOYD WALKER,

      Appellant,

           Case No.  5D22-1567
           LT Case Nos. 2020-100173-CFDL
  v.                      2020-100354-CFDL
                      2020-101129-CFDL

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed February 14, 2023

Appeal from the Circuit Court,
for Volusia County,
Dawn D. Nichols, Judge.

Matthew J. Metz, Public Defender,
and Edward J. Weiss, Assistant
Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS and SOUD, JJ., concur.